UNITED STATES of America, Plaintiff–Appellee,

v.

Robert Franklin SCHOONOVER, Jr., also known as Robert Aaron Cord, also known as Robert Cord, also known as Robert Nabors, also known as Robert Aaron Nabors, Defendant–Appellant.

No. 05–20586
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 25, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Philip G. Gallagher, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Robert Franklin Schoonover, Jr., on appeal from the revocation of his supervised release has moved for leave to withdraw and has filed a brief as is required by *Anders v. California,* 386 U.S.

---

738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Schoonover has not responded to counsel's motion.

Our independent review of the brief filed by counsel and of the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.